# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jacob Ryan Warner, | ) | Case No. 1:22-cr-133 |
| | ) | |
| Defendant. | ) | |

On March 27, 2023, the court issued an order granting Defendant's motion for release to Providence House for treatment and in so doing authorizing his release on March 29, 2023, to Sara Wobbma for transport to Providence House. (Doc. No. 44). Defendant subsequently filed a Motion to Transport. (Doc. No. 45). Advising that Sara Wobbma is no longer able to transport him to Providence House, he requests that the court amend its March 27, 2023, order to direct the United States Marshal's office to transport him to Providence House on March 29, 2023.

The United States Marshal's office is unable to transport Defendant to Providence House on such short notice. The Pretrial Services Office has advised that Providence House typically does not hold beds for individuals beyond their anticipated admission dates. Thus, it appears unlikely that Providence House will still have space for Defendant by the time that the United States Marshal's office will be able to transport him. For these reasons, the court **DENIES** Defendant's motion for transport (Doc. No. 45) and **VACATES** its March 27, 2023, order (Doc. No. 44). Defendant may renew his motion for release once new arrangements for his transport have been made.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court