## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,      ) | |
| )                              | |
| Plaintiff,   ) | **ORDER** |
| )              | |
| vs.            ) | |
| )              | Case No. 1:22-cr-133 |
| Jacob Ryan Warner,   ) | |
| )                    | |
| Defendant.   ) | |

Defendant is presently residing at Blessed Builders, a sober living facility in Bismarck, North Dakota, as ordered by the court on June 14, 2023. (Doc. No. 55). On August 2, 2023, Defendant filed a motion requesting that the court amend his release conditions. (Doc. No. 73). He advises the court that in July 2023 he voluntarily sought another chemical dependency evaluation and enrolled in continued outpatient aftercare through the Heartview Foundation. He requests that the court modify his release conditions allow him to transition out of Blessed Builders and into an apartment owned by his employer.

The court **GRANTS** Defendant's motion (Doc. 73). Defendant shall be permitted to move out of Blessed Builders into the apartment owned by his employer. He shall not change this residence without the prior permission of his supervising Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2023.

>   */s/ Clare R. Hochhalter*
>   Clare R. Hochhalter, Magistrate Judge
>   United States District Court